IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVELPORT, LP, ] | |
| ] | |
|    Plaintiff, ] | |
| ] | |
| v. ] | CIVIL ACTION FILE NO.: |
| ] | 1:12-cv-01715-RWS |
| JOHN E. JERRIT, ] | |
| SANDRA E. JERRIT, ] | |
| HAIT & EICHELZER, and ] | |
| P. KENT EICHELZER, III, ] | |
| ] | |
|    Defendants. ] | |

**CERTIFICATE OF INTERESTED PERSONS & CORPORATE
DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., Plaintiff Travelport, LP hereby submits its Certificate of Interested Persons & Corporate Disclosure Statement, showing the Court as follows:

**1.    The undersigned counsel of record for Plaintiff Travelport, LP certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    a.    Travelport, LP;

- 2 -

b. John E. Jerrit;

c. Sandra E. Jerrit;

d. The law firm of Hait & Eichelzer; and

e. P. Kent Eichelzer, III.

Travelport, LP is a limited partnership. Travelport, LP's general and limited partners are Travelport Holdings, LLC and Worldspan LLC, respectively. Worldspan LLC is wholly owned by Travelport Holdings, LLC, which is wholly owned by Worldspan Technologies Inc., which is wholly owned by Travelport Inc., which is wholly owned by Travelport LLC, which is wholly owned by TDS Investor (Luxembourg) S.a.rl., which is wholly owned by Waltonville Limited, which is wholly owned by Travelport Limited, which is wholly owned by Travelport Holdings Limited, which is wholly owned by Travelport Worldwide Limited, which is majority owned by Travelport Intermediate Limited, which is wholly owned by TDS Investor (Cayman) L.P. More than 10% of the stock in TDS Investor (Cayman) L.P. is owned by subsidiaries or affiliates of the Blackstone Group and JP Morgan & Chase Co., which are publicly traded companies.

**2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or**

**corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

    a.    Travelport, LP

    b.    John E. Jerrit

    c.    Sandra E. Jerrit

    d.    The law firm of Hait & Eichelzer; and

    e.    P. Kent Eichelzer, III

**3.   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

    **For the Plaintiff:**

        Michael P. Kohler
        Dimeji Ogunsola
        MILLER & MARTIN PLLC
        1170 Peachtree Street, N.E., Suite 800
        Atlanta, Georgia 30309-7706
        Tel. No.: (404) 962-6100
        Fax No.: (404) 962-6300
        Email:  mkohler@millermartin.com
                dogunsola@millermartin.com

This 18th day of May, 2012.

        **MILLER & MARTIN PLLC**

By: /s/ Michael P. Kohler
     Michael P. Kohler
     Georgia Bar No. 427727
     Oladimeji A. Ogunsola
     Georgia Bar No. 857808

1170 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-7706
Tel. No.: (404) 962-6100
Fax No.: (404) 962-6300
Email:  mkohler@millermartin.com
        dogunsola@millermartin.com

*Attorneys for Plaintiff*